**Order filed, January 14, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-01035-CR

———————

**GLENN LLOYD  KINGHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1371576**

## ORDER

The reporter's record in this case was due **January 06, 2014**.  *See* Tex. R. App. P. 35.1.  The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Marcia Barnett**, the court reporter, to file volume 3 of the record in this appeal **within 30 days** of the date of this order.

PER CURIAM